**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAI ADVANCED POWER SOLUTIONS, INC., | |
| Plaintiff, | Case No. 1:21-cv-01665 |
| v. | Honorable Ronald A. Guzman |
| SHANE WOLFRAM, | |
| Defendant. | |

**DEFENDANT SHANE WOLFRAM'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Shane Wolfram ("Wolfram"), by its attorneys, moves pursuant to Federal Rule of Civil Procedure 6(b) for an extension of time of fourteen (14) days to April 16, 2021 to answer the Complaint or otherwise plead. In support of this Motion, Wolfram states as follows:

1.      Plaintiff SAI Advanced Power Solutions, Inc. ("SAI") filed its Complaint on December 9, 2020 in the Circuit Court of Cook County, Illinois. On March 26, 2021, Wolfram removed this case to federal court on the basis of a recent disclosure by SAI in a brief that the real plaintiff is an Illinois corporation with its principal place of business in Illinois. This disclosure gave Wolfram a basis to remove this case based upon complete diversity.

2.      Pursuant to Federal Rule of Civil Procedure 81(c), Wolfram's date to file a responsive pleading is April 2, 2021, seven days after the removal of this case.

3.      Wolfram's counsel has been diligently investigating the allegations of the Complaint and needs additional time to fully develop its defenses. On April 1, 2021, and pursuant to this Court's order directing the parties to meet and confer on settlement and litigation dates, the parties conducted this meeting, and SAI's counsel indicated that it had no objection to Wolfram

29168590v1

seeking a fourteen-day extension to file its responsive pleading. Wolfram's proposed extension is not being sought for the purposes of delay, and will not prejudice the rights of any party.

4.      SAI's counsel has also requested leave to file an amended complaint by April 5, 2021 to include the proper plaintiff. Wolfram has no objection to this request, and has incorporated it into its requested relief below.

**WHEREFORE**, Defendant Wolfram respectfully requests that this Court allow SAI to file its amended complaint by April 5, 2021, and for Wolfram to file its responsive pleading by April 16, 2021.

Dated: April 2, 2021                                      Respectfully submitted,


*/s/ Nathan H. Lichtenstein (by consent)*          */s/ Daniel R. Saeedi*
Nathan H. Lichtenstein                                     Daniel R. Saeedi
nlichtenstein@agdglaw.com                            dsaeedi@taftlaw.com
Benjamin E. Haskin                                          Zachary R. Clark
bhaskin@agdglaw.com                                    zclark@taftlaw.com
**ARONBERG GOLDGEHN DAVIS & GARMISA**      **TAFT STETTINIUS & HOLLISTER LLP**
330 North Wabash Avenue, Suite 1700          111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60611                                   Chicago, Illinois 60601
Tel: 312-828-9600                                          Tel: 312-527-4000
Attorneys for: Plaintiff, SAI Advanced Power      Attorneys for: Defendant, Shane Wolfram
Solution, Inc.