# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

SAI Advanced Power Solutions, Inc.

                        Plaintiff,

v.                                         Case No.: 1:21−cv−01665

                                                     Honorable Ronald A. Guzman

Shane Wolfram

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 5, 2021:

      MINUTE entry before the Honorable Ronald A. Guzman: Defendant's unopposed motion to allow Plaintiff to file its amended complaint by April 5, 2021, and for Wolfram to file his responsive pleading by April 16, 2021 [8] is granted. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.