**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SWITCHBOARD APPARATUS, INC. d/b/a SAI ADVANCED POWER SOLUTIONS, INC., <br><br>       Plaintiff, <br><br>   v. <br><br> SHANE WOLFRAM, <br><br>       Defendant. | Case No. 1:21-cv-01665 |

### INITIAL JOINT STATUS REPORT

Plaintiff, Switchboard Apparatus, Inc. d/b/a SAI Advanced Power Solutions, Inc., and Defendant, Shane Wolfram, submit the following as the Initial Joint Status Report:

**1.    The Nature of the Case**

   a.    Identify the attorneys of record for each party, including the lead trial attorney.

**For Plaintiff:**
Nathan H. Lichtenstein, Esq. (ARDC #1655469) **(lead trial attorney)**
nlichtenstein@agdglaw.com
Benjamin E. Haskin, Esq. (ARDC #6306126) **(lead trial attorney)**
bhaskin@agdglaw.com
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue, Suite 1700
Chicago, Illinois 60611
312-828-9600

**For Defendant:**
Daniel R. Saeedi, Esq. (ARDC # 6296493)
dsaeedi@taftlaw.com
Zachary R. Clark, Esq. (ARDC # 6328816)
zclark@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, 28th Floor
Chicago, Illinois 60601
312-527-4000

Bonnie A. Lynch, Esq. (Fed. ID # 10402) (**lead trial attorney**)
blynch@hsblawfirm.com
*Pro Hac Vice Pending*
Denny P. Major, Esq. (Fed. ID # 10225) (**lead trial attorney**)
dmajor@hsblawfirm.com
*Pro Hac Vice Pending*
H. Samuel Mabry, III, Esq. (Fed. ID # 3252) (**lead trial attorney**)
smabry@hsblawfirm.com
*Pro Hac Vice Pending*
HAYNSWORTH SINKLER BOYD, P.A.
One North Main, 2nd Floor
Greenville, South Carolina 29601
864-240-3200

    b.    State the basis for federal jurisdiction.

    28 U.S.C. §§ 1332(a) and 1441(a) – diversity of citizenship

    c.    Describe the nature of the claims asserted in the complaint and any counterclaims.

Plaintiff seeks monetary damages and injunctive relief against Defendant for the breach of a non-solicitation agreement by soliciting and contacting Plaintiff's customers and disclosing confidential information. Plaintiff also alleges that Defendant violated the Illinois Trade Secrets Act by misappropriating Plaintiff's customer contact and pricing information and breached his fiduciary duties by diverting business opportunities away from Plaintiff and towards a competitor while still employment by Plaintiff.

At the time of completion of this Initial Joint Status Report, Defendant has not yet filed an Answer or Counterclaims in response to the Complaint.

    d.    State the major legal and factual issues in the case.

The major legal and factual issues concern: (1) whether Defendant breached his employment contract by contacting and soliciting Plaintiff's clients and employees and disclosing confidential information; (2) whether Defendant misappropriated Plaintiff's confidential information; and (3) whether Defendant promoted, marketed, and sold the services of a competitor over that of Plaintiff while still employed by Plaintiff.

    e.    Describe the relief sought by the plaintiff (and counter-claimant).

Plaintiff seeks monetary damages and injunctive relief ordering Defendant to cease the ongoing breaches of the non-solicitation agreement, and declaring that the six-month restrictive period has not yet begun.

**2.** **Pending Motions and Case Plan**

    a.    Important: state the status of service of process on each defendant.

Defendant has been served.

    b.    Identify all pending motions.

None at this time. At this time, Defendant anticipates **filing** a Motion to Dismiss.

    c.    Submit a proposal for a discovery plan, including the following information:

        i.    The general type of discovery needed;

The parties agree that they will need fact discovery in the form of written discovery and depositions. Plaintiff and Defendant may also require expert discovery.

        ii.    A date for Rule 26(a)(1) disclosures;

April 30, 2021

        iii.    A date to issue the first set of written discovery requests;

July 30, 2021

This date takes into account time to obtain a ruling on Defendant's anticipated Motion to Dismiss.

        iv.    A fact discovery completion date;

May 30, 2022

        v.    If there will be expert discovery, an expert discovery completion date, including dates for the delivery of expert reports (or summaries for non-retained expert testimony); and

June 30, 2022, for initial expert reports and summaries of any non-retained expert testimony a party intends to offer.

July 29, 2022, for rebuttal expert reports.

August 30, 2022, for completion of expert depositions.

        vi.    A date for the filing of dispositive motions.

October 31, 2022

    d.    State whether a jury trial is requested and the probable length of trial.

    A jury is requested. The parties believe a trial could last between four to six days.

    e.    State whether the parties agree to service of pleadings and other papers by electronic means under Federal Rule of Civil Procedure 5(b)(2)(E).

    Agreed.

**3.**    **Consent to Proceed Before a Magistrate Judge**

    a.    State whether the parties consent unanimously to proceed before a Magistrate Judge for all purposes, including entry of final judgment.

    No.

**4.**    **Status of Settlement Discussions**

    a.    State whether any settlement discussions have occurred;

    Yes.

    b.    Describe the status of any settlement discussions; and

    The parties have engaged in discussions that did not result in a resolution.

    c.    Whether the parties request a settlement conference.

    Not at this time.

Dated: April 8, 2021

Respectfully submitted by:

| SHANE WOLFRAM | SWITCHBOARD APPARATUS, INC. d/b/a SAI ADVANCED POWER SOLUTIONS, INC. |
|---|---|
| /s/ *Daniel R. Saeedi* | /s/ *Benjamin E. Haskin* |
| One of his attorneys | One of its attorneys |
| Daniel R. Saeedi, Esq. | Nathan H. Lichtenstein, Esq. (ARDC #1655469) |
| dsaeedi@taftlaw.com | nlichtenstein@agdglaw.com |
| Zachary R. Clark, Esq. | Benjamin E. Haskin, Esq. (ARDC #6306126) |
| zclark@taftlaw.com | bhaskin@agdglaw.com |
| TAFT STETTINIUS & HOLLISTER LLP | ARONBERG GOLDGEHN DAVIS & GARMISA |
| 111 East Wacker Drive, 28th Floor | 330 North Wabash Avenue, Suite 1700 |
| Chicago, Illinois 60601 | Chicago, Illinois 60611 |
| Bonnie A. Lynch, Esq. (Fed. ID # 10402) | 312-828-9600 |
| blynch@hsblawfirm.com | |
| *Pro Hac Vice Pending* | |

4

Denny P. Major, Esq. (Fed. ID # 10225)
dmajor@hsblawfirm.com
*Pro Hac Vice Pending*
H. Samuel Mabry, III, Esq. (Fed. ID # 3252)
smabry@hsblawfirm.com
*Pro Hac Vice Pending*
HAYNSWORTH SINKLER BOYD, P.A.
One North Main, 2nd Floor
Greenville, South Carolina 29601
864-240-3200

## **CERTIFICATE OF SERVICE**

       I certify that on the 8th day of April, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties who have filed an appearance in this lawsuit by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:     */s/ Benjamin E. Haskin*
            Attorney for SWITCHBOARD
            APPARATUS, INC. d/b/a SAI
            ADVANCED POWER SOLUTIONS, INC.