# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

SAI Advanced Power Solutions, Inc.

                                                Plaintiff,

v.                                                                                Case No.: 1:21−cv−01665

                                                                               Honorable Ronald A. Guzman

Shane Wolfram

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 13, 2021:

      MINUTE entry before the Honorable Ronald A. Guzman: The Court has reviewed the parties' initial status report. The parties propose a date for issuing written discovery requests that takes into account time for the Court to rule on Defendant#039;s anticipated motion to dismiss. The Court does not delay discovery based on anticipated or pending motions to dismiss. Moreover, the parties' suggested date of May 30, 2022 for the close of fact discovery far exceeds the time this Court generally allows for fact discovery. The Court sets the following dates: Initial disclosures by 4/30/2021. All fact discovery to be completed by January 14, 2022. There will be no extensions of this date. Amendment of pleadings and joinder of parties by 8/13/2021. The parties shall file a report no later than December 3, 2021, indicating whether they will be retaining experts and proposing an expert discovery schedule. Supervision of all discovery matters, including requests for protective orders, is referred to the magistrate judge without authority to extend the discovery cut−off date. Status hearing set for January 13, 2022 at 10 a.m. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.