# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

SAI Advanced Power Solutions, Inc.

                        Plaintiff,

v.                                                   Case No.: 1:21−cv−01665

                                                   Honorable Ronald A. Guzman

Shane Wolfram

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: Discovery supervision and all discovery disputes without authority to extend the discovery cutoff date. Mailed notice. (kp, )

Dated: April 13, 2021

                                                                                 /s/ Ronald A. Guzman

                                                                      United States District Judge