**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

SAI Advanced Power Solutions, Inc.

                                                        Plaintiff,

v.                                                                                                  Case No.: 1:21–cv–01665
                                                                                                              Honorable Ronald A. Guzman

Shane Wolfram

                                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 13, 2021:

      MINUTE entry before the Honorable M. David Weisman: This case has been referred to Magistrate Judge Weisman for the purposes of Discovery supervision and all discovery disputes without authority to extend the discovery cutoff date. Status hearing scheduled for 5/5/21 at 9:15 a.m. Prior to the status hearing, the Court specifically requests that counsel consult the Court's standing order. Parties should be prepared to discuss discovery scheduling and related issues. Parties shall dial in using the Court's conference call–in number. The conference call–in number is 1–877–411–9748 and the passcode is 1814539. Please note that the Court's conference call–in will be used by all cases that are on the Court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called by the Court. Once the Court has heard your case you shall disconnect from the conference line. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.