# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

SAI Advanced Power Solutions, Inc.

          Plaintiff,

v.                    Case No.: 1:21–cv–01665
                     Honorable Ronald A. Guzman

Shane Wolfram

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 5, 2021:

  MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties appeared telephonically and reported on the status of discovery. Parties exchanged Rule 26(a) disclosures last week. Initial written discovery shall be issued by 5/21/21. Any additional written discovery issued by the parties must be by agreement or with leave of Court. Parties were cautioned regarding the expectations of the district court and the discovery schedule set. By 7/7/21, parties shall file a joint status report providing an update on written discovery, whether the parties anticipate filing any discovery motions, upcoming deposition (names and proposed dates of depositions), and whether the parties are interested in having an early settlement conference. A telephonic status hearing is set for 7/12/21 at 9:15 a.m. Parties shall dial in using the Court's conference call–in number. The conference call–in number is 1–877–411–9748 and the passcode is 1814539. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.